AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America,; Robert Mathewson<br>*Plaintiff*<br>v.<br>Dr. Daniel A. McCollum; Dr. Lloyd Charles Miller; FirstChoice Healthcare PC; Oaktree Medical Centre PC; Pain Management Associates of the Carolinas LLC; Pain Management Associates of North Carolina, P.C.; LabSource, LLC;<br>*Defendant*<br><br>Oaktree Medical Centre PC; FirstChoice Healthcare PC; Pain Management Associates of North Carolina PC; Labsource LLC; Daniel McCollum, D.C.; Pain Management Associates of the Carolinas LLC<br>*Intervenor Defendant* | Civil Action No.    6:17-cv-1190-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff  United States of America  recover from the defendant  Daniel A. McCollum  the amount of  Nine Million  dollars ($ 9,000,000.00 ), plus postjudgment interest at the rate of  .14  %, along with costs.


This action was *(check one)*:

■ decided by the Honorable Joseph Dawson, III.


Date:   November 8, 2021                                        *CLERK OF COURT*


                                                                 s/Angela Lewis, Deputy Clerk
                                                                 *Signature of Clerk or Deputy Clerk*